In the Matter of the Application of GASPER ARTES for an Order Directing the

Arbitration Provided for in a Certain Contract in Writing Entered into between Petitioner and MANNIELLO BROS. & MAYRSOHN, INC., on November 5, 1930, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.